Simpson v Power Auth. of the State of N.Y. (2026 NY Slip Op 01548)

Simpson v Power Auth. of the State of N.Y.

2026 NY Slip Op 01548

Decided on March 18, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 18, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
WILLIAM G. FORD
HELEN VOUTSINAS
LAURENCE L. LOVE, JJ.

2022-03670
 (Index No. 61684/20)

[*1]Patricia Simpson, etc., appellant, 
vPower Authority of the State of New York, etc., et al., respondents.

Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. (Law Office of Bernard V. Kleinman, PLLC, Somers, NY [Todd A. Schoenhaus, pro hac vice], of counsel), for appellant.
Gordon Segalla, LLP, Albany, NY (Jonathan M. Bernstein of counsel), for respondents.

DECISION & ORDER
In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Westchester County (Janet Malone, J.), dated March 24, 2022. The order granted the defendants' motion pursuant to CPLR 3211(a)(7) to dismiss the complaint.
ORDERED that the order is modified, on the law, by deleting the provision thereof granting those branches of the defendants' motion which were pursuant to CPLR 3211(a)(7) to dismiss the causes of action alleging common-law negligence, gross negligence, recklessness, and a violation of Labor Law § 200, and substituting therefor a provision denying those branches of the motion; as so modified, the order is affirmed, with costs to the plaintiff.
The underlying facts of this case are summarized in a related appeal decided herewith (see Fabia v Power Auth. of the State of New York, _____ AD3d _____). As relevant to this appeal, the plaintiff's decedent, a licensed pilot and employee of Catalyst Aviation, LLC, was piloting a helicopter that was involved in an accident. The plaintiff's decedent jumped from the helicopter when it was approximately 75 feet in the air, resulting in fatal injuries.
The plaintiff commenced this action to recover damages for personal injuries against the defendant Power Authority of the State of New York (hereinafter NYPA) and the defendants Northline Utilities, LLC, and Northline Ventures, Inc. (hereinafter together the Northline defendants), alleging that they acted negligently and recklessly and violated Labor Law §§ 200, 240(1), and 241(6). NYPA and the Northline defendants interposed separate answers and, after the completion of discovery, jointly moved pursuant to CPLR 3211(a)(7) to dismiss the complaint. In an order dated March 24, 2022, the Supreme Court granted the motion. The plaintiff appeals.
For the reasons set forth in this Court's opinion and order on a related appeal (see Fabia v Power Auth. of the State of New York, _____ AD3d _____ [decided herewith]), we modify the order by deleting the provision thereof granting those branches of the defendants' motion which were pursuant to CPLR 3211(a)(7) to dismiss the causes of action alleging common-law negligence, gross negligence, recklessness, and a violation of Labor Law § 200, and substituting therefor a [*2]provision denying those branches of the motion.
BRATHWAITE NELSON, J.P., FORD, VOUTSINAS and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court